**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

The Court **DENIES** appellant's November 26, 2013 amended motion to "motion to compel copies of the reporter's true and correct audio tapes of Danny Davis' Trial Testimony, Erin Shults, DVM's Testimony, and the Reading of the Verdict and Sentence."

/s/      LANA MYERS
         JUSTICE